IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DURANGO DIVISION

| | |
|---|---|
| STEVEN DANIEL FELIX ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. 1:22-cv-02668 |
| ) | |
| HO'OKIPA, LLC and ) | |
| DURANGO SHADE COMPANY, LLC ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, Plaintiff STEVEN DANIEL FELIX and Defendant HO'OKIPA, LLC have reached a resolution of Plaintiff's claims against Defendant HO'OKIPA, LLC and Defendant DURANGO SHADE COMPANY, LLC, and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against both Defendants in their entirety and with prejudice.

## STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   November 22, 2022    FOR STEVEN DANIEL FELIX, Plaintiff

BY:   _/S/   R. Bruce Tharpe_
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED: November 22, 2022    FOR HO'OKIPA, LLC, Defendant

BY: **_/S/   A. Michael Chapman_**
A.  Michael Chapman
NEWBOLD CHAPMAN & GEYER, PC
150 East 9th Street, Suite 400
Durango, CO 81301
(970) 247-3091 – Office
(970) 247-3100 – Fax
Colorado Bar No. 19513